# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>               Plaintiff,<br><br>vs.<br><br>LUIS VEGA-RUBIO, et al<br><br>               Defendant. | District No.   2:09-CR-113 GMN PAL |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On June 22, 2011 this court received a transcript order form dated June 22, 2011 requesting a Transcript of the hearing held on February 17, 2011 from Mr. Todd M. Leventhal, counsel for Defendant Luis Vega-Rubio, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _27_ day of June, 2011.

_____
Gloria M. Navarro
United States District Judge