# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

USA

        Plaintiff,

vs.

LUIS VEGA-RUBIO, et al

        Defendant.

District No.   2:09-CR-113 GMN PAL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On June 22, 2011 this court received a transcript order form dated June 22, 2011 requesting a Transcript of the hearing held on January 25, 2011 from Mr. Todd M. Leventhal, counsel for Defendant Luis Vega-Rubio, in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 27 day of June, 2011.

_____
Gloria M. Navarro
United States District Judge